IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U S DISTRICT COURT

05 OCT -5 PM 3: 09

TX EASTERN-MARSHALL

BY_____

| | | |
|---|---|---|
| IAP INTERMODAL, L.L.C., | § § | |
| Plaintiff, | § § | |
| v | § § § | Consolidated Civil Action No 2:04-cv-65-TJW 2:04CV99 |
| NORTHWEST AIRLINES CORP ET AL; | § § § | |
| Defendants | § | |

## CONSENT JUDGMENT FOR DEFENDANTS AMR CORPORATION, AMERICAN AIRLINES, INC., AMR EAGLE HOLDING CORP., AND AMERICAN EAGLE AIRLINES, INC.

1   The Plaintiff, IAP Intermodal, LLC, ("IAP"), filed the present action against AMR Corporation, American Airlines, Inc, AMR Eagle Holding Corp, and American Eagle Airlines, Inc, alleging infringement of U S Patent Nos 6,240,362, 6,385,537, and 6,411,897 ("Patents at Issue") The Defendants have appeared in this action and deny infringement of any of the Patents at Issue

2   On September 7, 2005, the Court issued its Memorandum Opinion and Order construing the terms of the Patents at Issue (Dkt # 078 in the consolidated cases) Based upon the construction of the claims and the definition of terms contained in the Court's Memorandum Opinion and Order, the Plaintiff IAP stipulates that the Defendants in this action are not infringing any of the claims of the Patents at Issue The Plaintiff IAP therefore consents to the entry of final judgment of non-infringement

3   Nothing herein shall limit or prevent IAP from exercising any legitimate right it may have to appeal this Judgment The Defendants in this action agree that they will not contest any appeal of

1

Austin 25523v1

this Judgment on the ground that it was entered into by stipulation, or contend that this stipulation precludes an appeal of this matter in any way

4    Based on the foregoing, the Court hereby enters Final Judgment as follows:

(a)    Judgment is entered in favor of the Defendants AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corp., and American Eagle Airlines, Inc, on any and all claims of infringement set forth in Plaintiff's Complaint in this Action;

(b)    All counterclaims and defenses asserted by the Defendants in this Action are hereby dismissed without prejudice; and

(c)    Each party shall bear its own costs and fees

Signed on October 5, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

_____
Carl R. Roth
State Bar No 17312000
THE ROTH LAW FIRM
115 N Wellington, Suite 200
Marshall, Texas 75670
Telephone: 903/935-1665
Facsimile: 903/935-1797

D Scott Hemingway
TX Bar No 09407880
Malcolm Pipes
TX Bar No 24026061
Hemingway LLP
8117 Preston Road, Suite 460

2

Dallas, Texas 75225
(214)292-8301

_____
Doyle W. Curry
TX Bar No. 5268000
Curry & Morin, LLP
201 West Houston St
Marshall, Texas 75671
Telephone: (903)927-2277

ATTORNEYS FOR PLAINTIFF IAP INTERMODAL, LLC

_____
Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

_____ by
John F. Ward  /Collin Maloney w/ permission
Ward & Olivo
708 Third Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866

Edward Bakos
Ward & Olivo
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: (908) 277-3333
Facsimile: (908) 277-6373

ATTORNEYS FOR DEFENDANTS
AMR CORPORATION, AMERICAN AIRLINES
INC., AMR EAGLE HOLDING CORP., AND
AMERICAN EAGLE AIRLINES, INC.

3

Austin 25523v1